UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SARA SERRANO,<br><br>                Defendant. | Case No. 6:26-po-00131-HBK<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE CASE<br><br>(Doc. 8) |

On May 4, 2026, the Government and Defendant filed a joint request to continue the May 12, 2026, status conference currently to May 11, 2027, because the parties have entered into a deferred prosecution agreement.  (Doc. 8).  The Government confirms that the victim in this case has been consulted regarding the deferred prosecution agreement.

Accordingly, it is hereby ORDERED:

1.  The Joint Motion to Continue (Doc. 8) is GRANTED.

2.  The May 12, 2026 status conference is CONTINUED to May 11, 2027 at 10:00 A.M.

Dated:   May 5, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE